Fred B. SHELTON, III, et al., Plaintiffs-Appellants Cross-Appellees,

v.

CITY OF COLLEGE STATION, et al., Defendants-Appellees Cross-Appellants.

No. 83–2765.

United States Court of Appeals, Fifth Circuit.

July 1, 1985.

Nelkin & Nelkin, Stuart Nelkin, Rose Ann Reeser, Houston, Tex., for plaintiffs-appellants cross-appellees.

Woodard, Hall & Primm, William B. Butler, Houston, Tex., Cathy Locke, Asst. City Atty., College Station, Tex., for defendants-appellees cross-appellants.

ON SUGGESTION FOR REHEARING EN BANC

(Opinion March 11, 1985, 5 Cir., 1985, 754 F.2d 1251)

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.